NAPTON, Judge, delivered the opinion of the court.

This indictment was found at the September term, 1856, of the circuit court of Greene county, and charged that defendant on, &c., at, &c., " did then and there unlawfully sell a quantity of spirituous liquors, to-wit, one quantity of whisky, and did then and there unlawfully permit the same to be drank at a place under his control, without then and there having a dram-shop keeper's license, inn-keeper's license, or any other legal authority to sell said spirituous liquors," &c. This indictment was quashed.

We will affirm the judgment for the same reason given in the case of the State v. Runyan, saying nothing of other exceptions which have been urged. The other judges concur.

---

THE STATE, Appellant, v. ANDREWS, Respondent.

1. State v. Andrews, ante, p. 169, affirmed.

*Appeal from Polk Circuit Court.*

*Ewing*, (attorney general,) for the State.

*Wright*, for respondent.

NAPTON, Judge. This case involves the same question determined in the previous case of the same title. Judgment is affirmed.

---

THE STATE, Appellant, v. CHILTON, Respondent.

1. State v. Runyan, ante, p. 167, affirmed.

*Appeal from St. Clair Circuit Court.*

*Ewing*, (attorney general,) for the State.

*W. P. Johnson*, for respondent.